**Motion Granted in Part and Denied in Part and Order filed December 29, 2016**



In The

# Fourteenth Court of Appeals

_____

NO. 14-15-01031-CV

_____

**HEATHER TENINI KUENTZ, INDIVIDUALLY, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ROBERT MICHAEL KUENTZ, DECEASED, AND AS NEXT FRIEND OF XXXXX XXXXXXX XXXXXX, A MINOR, LARRY MICHAEL "ROBERT" KUENTZ ET AL, Appellants**

**V.**

**THE COLE GROUP, INC., MAC HAIK CHEVROLET, LTD., MAC HAIK CHEVROLET LTD. D/B/A MAC HAIK CHEVROLET AND MAC HAIK CHEVROLET, Appellees**

---

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-45172**

---

## ORDER

Appellants' motion for an extension of time to file a reply brief is granted to **January 21, 2017**. Appellants' request to postpone submission is denied.

PER CURIAM